**DISMISS; and Opinion Filed February 4, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00881-CV

**ENTERISK GLOBAL ADVISORS, LLC AND BRAMLETTE BROWDER, Appellants**
**V.**
**SIA CAPITAL OPTIONS FUND, LP, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07950**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Fillmore

Appellants' brief in this case is overdue. By postcard dated September 4, 2014, we notified appellants the time for filing appellant's brief had expired. We directed appellants to file both their brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
140881F.P05                                                JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ENTERISK GLOBAL ADVISORS, LLC
AND BRAMLETTE BROWDER,
Appellants

No. 05-14-00881-CV     V.

SIA CAPITAL OPTIONS FUND, LP,
Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-07950.
Opinion delivered by Justice Fillmore.
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SIA CAPITAL OPTIONS FUND, LP recover its costs of this appeal from appellants ENTERISK GLOBAL ADVISORS, LLC AND BRAMLETTE BROWDER.

Judgment entered this 4th day of February, 2015.